UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ZDZISLAW KLIMCHAK, et al.,

    Plaintiffs,

- against -

ALUMINUM & VINYL PRODUCT INC., d/b/a RK WINDOWS, and MARK KLICH, et al.,

    Defendants.

Case No: 14cv4675

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 27 2015 ★
BROOKLYN OFFICE

### STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiffs Konrad Klimczak, Wojciech Klimczak, Marek Jaros and Zdzislaw Klimczak, and Defendants Aluminum & Vinyl Product Inc., d/b/a RK Windows, and Mark Klich., by their undersigned counsel, stipulate and agree that this case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his own costs, expenses, and attorney's fees.

Date: February 23, 2015

VIRGINIA & AMBINDER, LLP

By: _____
Lloyd Ambinder, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
*Counsel for Plaintiffs*

GOLDBERG & RIMBERG PLLC

By: _____
Joel Schneck, Esq.
115 Boradway Suite 302
New York, New York 10006
(212) 697-3250

*Counsel for Defendants*

S/Carol Bagley Amon

SO ORDERED: _____
February 26, 2015          USDJ